IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CHAVEZ,<br><br>Defendant. | CR 17-122-BLG-SPW<br><br>**ORDER** |

Defendant has filed an Unopposed Motion to Vacate the Detention Hearing. (Doc. 33.) Accordingly, IT IS ORDERED that the Detention Hearing set for July 19, 2018, at 2:30 p.m. is VACATED.

DATED this 19th day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge