IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

OCT - 3 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CHAVEZ,<br><br>Defendant. | CR 17-122-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Withdraw as Counsel (Doc. 45), and for good cause appearing,

**IT IS HEREBY ORDERED** that Brian P. Fay be relieved of all legal duties to Michael Chavez and that new counsel be appointed as counsel of record for all further proceedings, pursuant to 18 U.S.C. § 3006A.

Further, pursuant to the Criminal Justice Act, *supra*, Daniel Ball, CJA Panel Attorney, is appointed for all further proceedings.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 3rd day of October, 2018.

SUSAN P. WATTERS
United States District Judge